Matthew W. Park (SBN 12062)
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: 702.949.8200
E-mail:mpark@lrrc.com

*Attorneys for Defendant*
*OCTAPHARMA PLASMA, INC.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BERNARD CHABOUDY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>OCTAPHARMA PLASMA, INC., a Foreign Corporation, DOES I through X, inclusive, and ROE ENTITIES, I through X, inclusive,<br><br>Defendant. | CASE NO. 2:16-cv-02163-KJD-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Defendant Octapharma Plasma Inc., ("Defendant") and Plaintiff Bernard Chaboudy, through respective counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(a)(ii), having resolved all claims, disputes and differences between them, hereby jointly stipulate to the dismiss this matter with prejudice, with each party to bear their own attorneys' fees and costs.

**IT IS SO AGREED AND STIPULATED:**

| EGLET PRINCE | LEWIS ROCA ROTHGERBER CHRISTIE LLP |
|---|---|
| By*: /s/ Robert M. Adams*<br>Robert M. Adams (SBN 6551)<br>Joseph J. Troiano (SBN 12505)<br>Tracy A. Eglet (SBN 6419)<br>400 South Seventh Street, 4th Floor<br>Las Vegas, NV 89101<br>Attorney for *Plaintiff* | By: */s/ Matthew W. Park*<br>Matthew W. Park (SBN 12062)<br>3993 Howard Hughes Pkwy, Suite 600<br>Las Vegas, NV 89169-5996<br>Attorneys for Defendant *OCTAPHARMA PLASMA, INC.* |

**ORDER**

Pursuant to the stipulation of the Parties under FRCP 41(a), all claims against Octapharma Plasma Inc. are dismissed with prejudice, and the Parties will bear their own attorneys' fees and costs incurred in this action. IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: 5/26/2017

Submitted by:

LEWIS ROCA ROTHGERBER CHRISTIE LLP

*/s/    Matthew W. Park*
Matthew W. Park (SBN 12062)
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Attorneys for Defendant *OCTAPHARMA PLASMA, INC.*